# Third District Court of Appeal

## State of Florida

Opinion filed September 3, 2025.
Not final until disposition of timely filed motion for rehearing.

---

No. 3D24-1265
Lower Tribunal No. 23-27324-CA-01

---

## Rony Estiven Lopez Gomez, et al.,
Appellants,

vs.

## Boardwalk RV and Mobile Home Resort, LLC,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

BICKMANLAW, PLLC and Joshua Bickman, for appellants.

Yarnell & Peterson, P.A., and Jonathan M. Weirich (Naples), for appellee.

Before FERNANDEZ, LOGUE and GOODEN, JJ.

PER CURIAM.

Plaintiffs Rony Estiven Lopez Gomez and Leilani Marie Lopez Gomez appeal the trial court's Order on Defendant's Motion to Dismiss Plaintiffs' Amended Complaint for Recovery of Personal Property/Replevin, which granted defendant's motion to dismiss. The trial court's order is a nonfinal, nonappealable order because it does not fall within one of the enumerated categories under Florida Rule of Appellate Procedure 9.130(a)(3). Truist Bank v. De Posada, 307 So. 3d 824, 826 (Fla. 3d DCA 2020). Accordingly, we have no jurisdiction and, thus, dismiss the appeal.

Appeal dismissed.